# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Philmore Chee,<br><br>　　　　Defendant. | No. CR-04-01063-001-PCT-SMM<br><br>**ORDER** |

On June 10, 2019, Magistrate Judge John Z. Boyle issued "Findings and Recommendation of the Magistrate Judge Upon an Admission and Order." Magistrate Judge Boyle recommends to the District Court that this Judge accept the Defendant's admission. Having reviewed this matter de novo, and no objections having been filed pursuant to 28 USC § 636(b)(1), the Court accepts the Recommendation of Magistrate Judge Boyle. Accordingly,

**IT IS HEREBY ORDERED** accepting the Defendant's admission.

Dated this 3rd day of July, 2019.

　　　　　　　　　　　　　　　　　　　Honorable Stephen M. McNamee
　　　　　　　　　　　　　　　　　　　Senior United States District Judge